IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AUNDREA HAIRSTON,

      Appellant,

v.

                                   Case No.  5D23-1061
                                   LT Case No. 2022-CF-000698

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed June 30, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Matthew J. Metz, Public Defender,
and Natalie R. Gossett, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Bonnie Jean
Parrish, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., SOUD and KILBANE, JJ., concur.